AO 442 (REV. 12/85)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

FILED
09/22/2025
Clerk, U.S. District Court
Western District of Texas

By: **FMorales**
Deputy

| | |
|---|---|
| USA | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: EP:25-M -05275(1) - MAT |
| | § |
| (1) EDUARDO DIAZ-LOPEZ | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **September 21, 2025** in **El Paso** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, Count I: 8 USC 1326a1 Re-Entry of Removed Aliens.
in violation of Title     **8**     United States Code, Section(s)     **1326**

I further state that I am a **Border Patrol Agent** and that this complaint is based on the following facts: "In violation of Title 8, USC 1326(a)(1), being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me,

/s/ FLORES, ALBERT S.
Signature of Complainant
Border Patrol Agent

September 22, 2025                                   at   EL PASO, Texas
Date                                                            City and State

MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer
**OATH TELEPHONICALLY SWORN AT 2:00 P.M.
FED.R.CRIM.P. 4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT - EP:25-M -05275(1)

WESTERN DISTRICT OF TEXAS

(1) EDUARDO DIAZ-LOPEZ

FACTS   (CONTINUED)

557.

The DEFENDANT, Eduardo DIAZ-Lopez, an alien to the United States and a citizen of Mexico was found approximately 1 mile west of the Paso Del Norte Port of Entry in El Paso, Texas in the Western District of Texas. From statements made by the DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of Mexico, without immigration documents allowing him to be or remain in the United States legally.  The DEFENDANT has been previously removed from the United States to Mexico on 06/22/2015 through DEL RIO, TX.  The DEFENDANT has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.


IMMIGRATION HISTORY:
The DEFENDANT has been removed 1 time, the last one being to MEXICO on June 22, 2015, through DEL RIO, TX.


CRIMINAL HISTORY:
None Found